COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re RAMS Aviation Company, Inc. and Jonathan L. Rankin

Appellate case number:     01-13-00885-CV

Trial court case number:    2010-23205

Trial court:                 334th District Court of Harris County, Texas

On October 21, 2013, the Court issued an order abating this case and remanding to the trial court for reconsideration of the September 6, 2013 order denying relators' traditional motion for summary judgment,t in accordance with Texas Rule of Appellate Procedure 7.2(b). On December 3, 2013, the District Clerk filed a copy of the trial court's order on reconsideration with this Court. Accordingly, we REINSTATE this case on the Court's active docket.

The stay ordered by this Court on October 21, 2013 remains in effect until the case in this Court is finally decided or the Court otherwise orders the stay lifted.

The real party in interest is **ordered** to respond to the petition for writ of mandamus. The response, if any, is due, **Friday, December 27, 2013**.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                      ☒ Acting individually    ☐ Acting for the Court

Date: December 10, 2013